IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

| | |
|---|---|
| Catherine E. Watt, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 8:11-2680-HMH |
| ) | |
| vs. ) | **OPINION & ORDER** |
| ) | |
| Kim S. Griffo, ) | |
| ) | |
| Defendant. ) | |

    This matter is before the court on Plaintiff's motion for entry of default judgment. This case was closed on February 21, 2012, after the parties notified the court that the case had been settled. Further, a stipulation of dismissal with prejudice was filed on April 11, 2012. In the instant motion, the Plaintiff requests entry of judgment against the Defendant because she has failed to tender the final payment of $56,250.00 as agreed by the parties in the settlement agreement. The Plaintiff has further filed Defendant's confession of judgment that was executed when the parties settled this case, which provides that the Defendant consents to entry of judgment against her in the event she failed to pay as agreed. After review, the court construes the instant motion as a motion to reopen this case, and the court grants the motion. Further, the court will enter judgment against the Defendant in the amount of $56,250.00.

1

It is therefore

**ORDERED** that the Plaintiff's motion to reopen, docket number 35, is granted. It is further

**ORDERED** that the clerk of court enter judgment in favor of the Plaintiff in the amount of $56,250.00.

**IT IS SO ORDERED.**

                                            s/Henry M. Herlong, Jr.
                                            Senior United States District Judge

Greenville, South Carolina
May 4, 2016